81 A.3d 883

**GRAYSTONE ACADEMY CHARTER SCHOOL, Appellant**

v.

**STATE CHARTER SCHOOL APPEAL BOARD and Coatesville Area School District, Appellees.**

**No. 69 MAP 2013.**

Supreme Court of Pennsylvania.

Dec. 11, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of December, 2013, the Notice of Appeal is dismissed as moot based upon this Court's October 11, 2013 order denying the Appellant's Emergency Petition for Review, which was docketed at 140 MM 2013.